**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

STREAM TV NETWORKS, INC., *et al.*,           :
                 Debtors-in-Possession,           :
                                      :
                v.           :           Civil No. 2:25-cv-00751-JMG
                                        :
WILLIAM A. HOMONY, *et al.*,           :
                        Trustees.           :

---

## SCHEDULING ORDER

**AND NOW**, this   6th   day of March, 2025, pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), **IT IS HEREBY ORDERED** that the briefing schedule is set as follows:[1]

    1.     Appellants, Rembrandt 3D Holding LTD and Visual Semiconductor, Inc., shall each serve and file one opening brief by **April 4, 2025**. Each brief is limited to 15 pages.

    2.     Appellee William Homony shall serve and file one omnibus reply brief in response to both opening briefs by **May 2, 2025**. The brief is limited to 25 pages.

    3.     Appellants are each permitted to serve and file one response brief by **March 30, 2025**. Each brief is limited to 10 pages.[2]

                       BY THE COURT:

                       */s/ John M. Gallagher*
                       JOHN M. GALLAGHER
                       United States District Court Judge

---

[1] This appeal will be resolved with the consolidated appeals in 24-02727, 24-06397, 24-06498, and 24-06617.

[2] Despite the entry of this Scheduling Order, the parties must timely comply with all procedural requirements, including filing disclosure statements and entering the record on appeal.