**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br>　　　　Appellant,<br><br>　　v.<br><br>STREAM TV NETWORKS, INC. et al.<br>　　　　Debtors-in-Possession<br><br>　　and<br><br>WILLIAM A. HOMONY et al.,<br>　　　　Trustees | Civil No.: 2:25-cv-00751-JMG |

**PRAECIPE TO FILE CORRECTED EXHIBITS TO**
**APPELLANT'S SECOND EMERGENCY MOTION TO EXTEND TEMPORARY**
**MEDICAL AND COUNSEL-RETENTION STAY**

Appellant Visual Semiconductor, Inc. ("VSI") respectfully submits this Praecipe and states as follows:

1.　　On July 19, 2026, VSI filed its *Second Emergency Motion to Extend Temporary Medical and Counsel-Retention Stay* (ECF No. 24).

2.　　Due to an inadvertent filing error, the exhibits attached to the Motion were not the exhibits intended to accompany the Motion.

3.　　The Motion itself is not being amended and no substantive changes are being made to the Motion or the relief requested therein.

4.　　VSI respectfully requests leave to file the attached corrected Exhibits A and B in place of the exhibits inadvertently filed with ECF No. 24. The Motion itself remains unchanged.

5.　　The corrected exhibits are:

- **Exhibit A:** Orders of the Court dated June 2, 2026 and June 3, 2026, granting VSI's Emergency Motion for Temporary Medical and Counsel-Retention Stay.

1

- **Exhibit B:** Supplemental Declaration of Charles M. Robertson.

6.    This request is made solely to ensure that the record accurately reflects the exhibits intended to accompany the Motion and is not intended to alter or supplement the arguments presented in the Motion.

WHEREFORE, VSI respectfully requests that the Court accept the attached corrected Exhibits A and B as substitutes for the exhibits previously filed with ECF No. 24 and grant such other relief as the Court deems just and appropriate.

Respectfully Submitted,

Visual Semiconductor Inc.

By:    _____
Charles M. Robertson
VP of Operations

Date:    July 22, 2026

2