# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC., | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| STREAM TV NETWORKS, INC., *et al.*, | : | Civil No. 2:24-cv-06617-JMG |
| Debtors-in-Possess. | : | |
| | : | |
| and | : | |
| | : | |
| WILLIAM HOMONY, *et al.,* | : | |
| Trustees. | : | |

**ORDER**

**AND NOW**, this 3rd day of June, 2026, upon consideration of Appellant Counsel's Motion to Withdraw as Counsel (ECF No. 29) and Appellant Visual Semiconductor Inc.'s Emergency Motion for Temporary Medical and Counsel-Retention Stay (ECF No. 31), **IT IS HEREBY ORDERED** as follows:

1.   Appellant Counsel's Motion (ECF No. 29) is **GRANTED**.[1]

2.   Appellant's Motion (ECF No. 31) is **GRANTED in part**.

3.   This matter is **STAYED** until **August 3, 2026**.

4.   Appellant **SHALL** retain new counsel on or before **August 3, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Appellant has several bankruptcy appeals before the Court. In a related matter, the Court has permitted Appellant Counsel to withdraw as counsel. *See Visual Semiconductor, Inc. v. Stream TV Networks, Inc.*, Order, No. 2:25-cv-06463 (ECF No. 13). The Court will allow Appellant Counsel to withdraw here for the same reasons.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br>            Appellant,<br><br>        v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>            Debtors-in-Possess.<br><br>    and<br><br>WILLIAM HOMONY, *et al.,*<br>            Trustees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil No. 2:25-cv-00751-JMG<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

   **AND NOW**, this 3rd day of June, 2026, upon consideration of Appellant Counsel's Motion

to Withdraw as Counsel (ECF No. 20) and Appellant Visual Semiconductor Inc.'s Emergency

Motion for Temporary Medical and Counsel-Retention Stay (ECF No. 22), **IT IS HEREBY**

**ORDERED** as follows:

1.    Appellant Counsel's Motion (ECF No. 20) is **GRANTED**.[1]

2.    Appellant's Motion (ECF No. 22) is **GRANTED in part**.

3.    This matter is **STAYED** until **August 3, 2026**.

4.    Appellant **SHALL** retain new counsel on or before **August 3, 2026**.

                                          BY THE COURT:


                                          */s/ John M. Gallagher*
                                          JOHN M. GALLAGHER
                                          United States District Court Judge

---

[1] Appellant has several bankruptcy appeals before the Court. In a related matter, the Court has permitted Appellant Counsel to withdraw as counsel. *See Visual Semiconductor, Inc. v. Stream TV Networks, Inc.*, Order, No. 2:25-cv-06463 (ECF No. 13). The Court will allow Appellant Counsel to withdraw here for the same reasons.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VISUAL SEMICONDUCTOR , INC., | : |
| Appellant, | : |
| | : |
| v. | :     Civil No.:  2:25-cv-06463-JMG |
| | : |
| STREAM TV NETWORKS, INC., *et al.* | : |
| Debtor-in-Possess. | : |

**ORDER**

**AND NOW**, this 2nd day of June, 2026, upon consideration of Appellant Visual Semiconductor Inc.'s Emergency Motion for Temporary Medical and Counsel-Retention Stay (ECF No. 14), **IT IS HEREBY ORDERED** that the Motion (ECF No. 14) is **GRANTED in part**.

**IT IS FURTHER ORDERED** as follows:

1. This matter is **STAYED** until **August 3, 2026**.

2. Appellant **SHALL** retain new counsel on or before **August 3, 2026**.

3. Appellant **SHALL** file its brief no later than **September 4, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge