**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br>Appellant,<br><br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>Debtors-in-Possess.<br><br>and<br><br>WILLIAM HOMONY, *et al.,*<br>Trustees. | : | Civil No. 2:25-cv-00751-JMG |

**ORDER**

**AND NOW**, this 17th day of August, 2026, upon consideration of Second Emergency Motion of Appellant Visual Semiconductor, Inc. to Extend Temporary Medical and Counsel-Retention Stay (ECF No. 24), the Court's email to counsel dated July 28, 2026, and the lack of response from Attorney Gary Schafkopf**, IT IS HEREBY ORDERED** that Appellant's Motion (ECF No. 24) is **DENIED.**[1]

**IT IS FURTHER ORDERED** that the stay is **LIFTED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] Because Attorney Schafkopf remains an attorney of record, the Court advised Attorney Schafkopf that if he no longer represents Appellant, he shall file a motion to withdraw as counsel. To date, he has neither responded to the Court's email nor has filed such a motion. Because Appellant still has an attorney of record and this bankruptcy appeal has been fully briefed, there is no need to grant another stay.